No. 97–689. GEISSAL, BENEFICIARY AND REPRESENTATIVE OF THE ESTATE OF GEISSAL, DECEASED v. MOORE MEDICAL CORP. ET AL. C. A. 8th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 4, 1998. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 30, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on

or before 3 p.m., Tuesday, April 14, 1998. This Court's Rule 29.2 does not apply.